IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:14-cv-00232-HFS |
| RAWAL ROCK CORPORATION, individually and d/b/a SNAPPY STORE a/k/a SNAPPY STORE #4901; PARVEZ YOUSAF, individually and d/b/a SNAPPY STORE a/k/a SNAPPY STORE #4901, | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of August, 2014, Defendants Rawal Rock Corporation, individually and d/b/a Snappy Store a/k/a Snappy Store #4901 ("Rawal Rock") and Parvez Yousaf, individually and d/b/a Snappy Store a/k/a Snappy Store #4901 ("Yousaf") (collectively "Defendants") served their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) on Plaintiffs Coach, Inc. and Coach Services, Inc. (collectively "Plaintiff"), by a serving a copy via email and U.S. Mail on the following counsel:

    Timothy J. Davis
    BRYAN CAVE, LLP
    1200 Main Street, Suite 3800
    Kansas City, MO 64060
    ATTORNEYS FOR PLAINTIFFS

    Respectfully submitted:

    /s/ Steven H. Mustoe
    _____
    Steven H. Mustoe MO Bar #33060
    MUSTOE LAW FIRM, LLC
    US Bank Building, 2nd Floor

5100 W 95th Street, Suite 260
Prairie Village, KS 66207-3378
D: 913.440.0004 | F: 913.341.2293
O: 913.440.0003 | C: 913.205.9603
Email: smustoe@mustoelawfirm.com

-and-

/s/ Mark W. Untersee

_____
Mark W. Untersee  MO Bar #33128
UNTERSEE & ASSOCIATES, P.C.
3100 Broadway, Suite 1209
Kansas City, Missouri 64111
(816)389-6414 Telephone
(816)561-4353 Facsimile
Email: muntersee@unterseelaw.com

Attorneys for Defendants