IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
:
COACH, INC. and COACH SERVICES, INC.,  :
:
               Plaintiffs,  :     **Case No. 4:14-cv-00232-HFS**
:
    v.  :
:
RAWAL ROCK CORPORATION, individually and :
d/b/a SNAPPY STORE a/k/a SNAPPY STORE
#4901; PARVEZ YOUSAF, individually and d/b/a  :
SNAPPY STORE a/k/a SNAPPY STORE #4901  :

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Coach, Inc. and Coach Services, Inc. and Defendants Rawal Rock Corporation and Parvez Yousaf, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of the above-captioned action in its entirety without prejudice, with each party to bear their own costs and attorney's fees.

Respectfully submitted this 1st day of October, 2014.

| BRYAN CAVE LLP | UNTERSEE & ASSOCIATES, P.C. |
|---|---|
| By: _/s/ *Timothy J. Davis*_<br>Timothy J. Davis, MO #62837<br>1200 Main Street, Suite 3800<br>Kansas City, Missouri 64105<br>Tel: (816) 374-3200<br>Fax: (816) 374-3300<br><br>*Attorneys for Coach, Inc.*<br>*and Coach Services, Inc.* | By: _/s/ *Mark W. Untersee*_<br>Mark W. Untersee, MO Bar No.: 33128<br>UNTERSEE & ASSOCIATES, P.C.<br>3100 Broadway, Suite 1209<br>Kansas City, MO 64111<br>T: 816.531.1333 \| F: 816.561.4353<br>E: muntersee@unterseelaw.com<br><br>- and - |

4083421.1

Case 4:14-cv-00232-HFS   Document 16   Filed 10/01/14   Page 1 of 2

                                MUSTOE LAW FIRM, LLC

                                Steven H. Mustoe, MO Bar No.: 33060
US Bank Building, 2nd Floor
5100 W 95th Street, Suite 260
Prairie Village, KS 66207-3378
T: 913.440.0004 | F: 913.341.2293
E: smustoe@mustoelawfirm.com.com

*Attorneys for Defendants Rawal Rock Corporation and Parvez Yousaf*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing was filed on this 1st day of October, 2014 with the Court's electronic filing system, which sent electronic notice of this filing to all counsel of record.

                                By: _s/ Timothy J. Davis___